UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07119 CAS (PLAx) | Date | October 14, 2011 |
|---|---|---|---|
| Title | HICA EDUCATION LOAN CORPORATION v. JAMES T. BRUNSON | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      (In Chambers:) ORDER TO SHOW CAUSE FOR FEDERAL JURISDICTION

On August 29, 2011, plaintiff HICA Education Loan Corporation ("HICA") filed its complaint against defendant James T. Brunson ("Brunson"). The complaint alleges that HICA is the owner of a promissory note signed by Brunson pursuant to the Health Education Assistance Loan ("HEAL") Program. According to the complaint, Brunson failed to make all of the required loan payments. HICA seeks repayment of the loan amount, interest, attorney's fees and costs.

The complaint alleges this Court has subject matter jurisdiction to hear this matter under federal question jurisdiction. Specifically, the complaint states "the claims are founded upon one or more promissory notes executed pursuant to 42 U.S.C. § 292 et seq. and the Federal Regulations set forth in 42 CFR Part 60 . . ." Compl. ¶ 3. These federal laws and regulations on which HICA relies do not appear to create a private right of action for the collection of unpaid student loans.

Accordingly, the Court ORDERS plaintiffs to SHOW CAUSE within **twenty (20) days** of the date of this order why the instant action should not be remanded for lack of subject matter jurisdiction.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | RS | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07119 CAS (PLAx) | Date | October 14, 2011 |
|---|---|---|---|
| Title | HICA EDUCATION LOAN CORPORATION v. JAMES T. BRUNSON | | |